

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:  PROCEEDING TO ENFORCE<br>FED. R. BANKR. P. 9036<br><br>FRANCISCAN ALLIANCE,<br>ANGELA CHAPMAN, ESQ.,<br>MARHSALL LAW, LLC,<br>ESKENAZI HEALTH,<br>WEBBANK FINGERHUT,<br>CITIZENS ENERGY GROUP,<br>COLLECTION ASSOCIATES NBDA RMP,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)     Misc. Pro. No. 24-56007<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STATEMENT CONFIRMING REGISTRATION FOR
### ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of _____Angela Chapman Esq._____ .

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036.  The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on____July 17, 2024. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:  _Angela Chapman_

Typed Name:  _Angela Chapman, Esq._

Date:  _July 18, 2024_

 Gmail

ANGELA CHAPMAN <achapmannotices@gmail.com>

## Welcome to Electronic Bankruptcy Noticing 222731 [p-216069663]
1 message

**bncedi@noticingcenter.com** <bncedi@noticingcenter.com>
To: achapmannotices@gmail.com

Wed, Jul 17, 2024 at 11:38 PM

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 222731 - 0
Account Name: ANGELA CHAPMAN ESQ

The point of contact listed on your agreement will have received an email with their username and password to access our online portal at https://bankruptcynotices.uscourts.gov. From this website, you can review your account information, request changes, and add additional users to access your account.

If you have any questions, please contact us.

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored email address.